BEFORE THE FIRST DIVISION, MARCH 11, 1965

No. 69126.—Polk's Model Craft Hobbies, Inc. v. United States, protest 58/10622 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the items marked "B" and "C" consist of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable as follows: The items marked "B" at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device and the items marked "C" at 17½ percent under the provision in said paragraph 353, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for electrical switches and switchgear, composed wholly or in chief value of metal, as claimed.

No. 69127.—Polk's Model Craft Hobbies, Inc., and International Models, Inc. v. United States, protests 64/5865 and 64/5602 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge railroad accessories the same in all material respects as those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.